O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHUNG CHUNG KAO,                    )          CASE NO. CV 09-02841 ABC (RZ)
                                    )
                    Plaintiff,      )
                                    )          ORDER ACCEPTING FIRST
          vs.                       )          INTERIM REPORT AND
                                    )          RECOMMENDATION OF UNITED
M. VELA, ET AL.,                    )          STATES MAGISTRATE JUDGE
                                    )
                    Defendants.     )
————————————————————————            )

          The Court has reviewed the file in this matter, and has read and reviewed the
First Interim Report and Recommendation of United States Magistrate Judge.  Plaintiff has
not filed any objections.  The Court accepts the findings and recommendations in the First
Interim Report.

DATED: October 13, 2011

_____
               AUDREY B. COLLINS
          UNITED STATES DISTRICT JUDGE