Janine K. Jeffery, Esq. CBN 112639
 Jjeffery@reilyjeffery.com
Oren Rosenthal, Esq. CBN 243110
 Orosenthal@reilyjeffery.com
REILY & JEFFERY
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 350-6282
Fax No.: (818) 350-6283

Attorneys for Defendant,
J. DELFIN

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG KAO, | CASE NO. CV 09-02841 ABC (RZ) |
| Plaintiff, | *[PROPOSED]* **JUDGMENT** |
| vs. | |
| M. VELA, D. ENGLER, JOHN MARSHALL, B. CURRY, D. CONNER, E. VALENZUELA, D. GONZALEZ, D. CAREY, TERRY, L. COOK, G. BIAGGINI, W. WILSON, J. SCHMIDT, M. MEE, D. SAMUAL, J. S. CLAYTON, K. T. SMITH, S. MARTINEZ, A. HUBER, J. B. KNERR, D. F. REYNOSO, M. CALSING, J. BURNETT, R. MORENO, J. L. CORTEZ, P.L. WARD, H. REIKA, J. DELFIN, DOES 1 through 15. | |
| Defendants. | |

///

///

///

///

///

///

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

CHUNG KAO,

   Plaintiff,

  vs.

M. VELA, D. ENGLER, JOHN
MARSHALL, B. CURRY, D.
CONNER, E. VALENZUELA, D.
GONZALEZ, D. CAREY, TERRY, L.
COOK, G. BIAGGINI, W. WILSON, J.
SCHMIDT, M. MEE, D. SAMUAL, J.
S. CLAYTON, K. T. SMITH, S.
MARTINEZ, A. HUBER, J. B.
KNERR, D. F. REYNOSO, M.
CALSING, J. BURNETT, R.
MORENO, J. L. CORTEZ, P.L.
WARD, H. REIKA, J. DELFIN, DOES
1 through 15.

   Defendants.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 09-02841 ABC (RZ)

*[~~PROPOSED~~]* **JUDGMENT**

23

24

25

26

27

28

  **IT IS ADJUDGED** that: (1) the motion for summary judgment filed by

defendant J. Delfin is granted; and (2) judgment is hereby entered in favor of

defendant J. Delfin with costs to be awarded against plaintiff Chung Kao.

Dated: <u>February 4, 2013</u>

      _____
         Audrey B. Collins
        United States District Judge